# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>ARRINGTON JAYLUN GARDNER<br><br>Date of Original Judgment: 10/11/2023<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)  Case No: 1:22-cr-00112-TFM<br>)  USM No: 10430-510<br>)<br>)  pro se<br>)  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __78__ months **is reduced to** __70 months as to Count 1 only__ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The basis for granting the motion is contained in the Court's Order issued on 3/19/2024 (Doc. 484). The Government filed its response on 3/22/2024 (Doc. 486). The Defendant did not file a response by the 4/19/2024 deadline.

Except as otherwise provided, all provisions of the judgment dated __10/11/2023__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __04/23/2024__     /s/ Terry F. Moorer
                             *Judge's signature*

Effective Date: _____     Terry F. Moorer, United States District Judge
*(if different from order date)*     *Printed name and title*